# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Corey Nguyen**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

September 19, 2018

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 19 2018 ★

LONG ISLAND OFFICE

Makesi Sadenai Lopez (#16-R-0244)
Downstate Correctional Facility
Box F
Red Schoolhouse Road
Fishkill, NY 12524-0445

Re: 18-CV-5038(JMA)(AKT), Lopez v. Nassau County Correctional Facility et. al

Dear Mr. Lopez:

This correspondence is in response to our letter dated September 16, 2018, in which you update us of your current address. Additionally, you mentioned that you were unsure if your civil rights complaint arrived at the Courthouse due to your change of address. As such, we have enclosed all of the documents that were mailed to you in addition to a copy of your docket sheet which includes all filings to date. Please take note that your action is deficient as you did not submit either an *in forma pauepris* (IFP) or a Prisoner Authorization (PLRA) form.

Please contact the *Pro Se* Office if you require further assistance.

Sincerely,

J. Grady
*Pro Se* Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Enc.
Mailed to litigant 9/19/18