**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MAKESI SADENAI LOPEZ,

        Plaintiff,                         **JUDGMENT**
                                                   CV 18-5038 (JMA)(AKT)

   - against -

NASSAU COUNTY CORRECTIONAL
FACILITY, *et al.*,

        Defendants.
-----------------------------------------------------------X

      An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on October 11, 2018, dismissing the complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), denying *in forma pauperis* status for the purpose of any appeal, and directing the Clerk of Court to mark this case closed, it is

      **ORDERED AND ADJUDGED** that plaintiff Makesi Sadenai Lopez take nothing of defendants Nassau County Correctional Facility, et al; that the complaint is dismissed without prejudice for failure to prosecute; that *in forma pauperis* status for the purpose of any appeal is denied; and that this case is hereby closed.

Dated: Central Islip, New York
         October 18, 2018

                                                                  DOUGLAS C. PALMER
                                                                    CLERK OF THE COURT

                                                     BY:   /S/ JAMES J. TORITTO
                                                                      DEPUTY CLERK