FORM 1

# NOTICE OF APPEAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 09 2018 ★

LONG ISLAND OFFICE

\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

NOTICE OF APPEAL (JMA)(AKT)

18-CV-5038
Docket No.

Notice is hereby given that __Makesi Sadenai Lopez__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it)

entered in this action on the __11__ day of __October__, 20__18__.

Sworn to before me this 2 day of November 2018

M. Appleby
Notary Public - Monroe County
#01AP6214593
Expires on 12/14/2021

Signature

Makesi Lopez
Printed Name

7116 County Rd 132 P.O Box 303
Address

Willard, NY, 14588

(607) 869-5500
Telephone No. (with area code)

Date: November 2, 2018

RECEIVED
NOV 09 2018
EDNY PRO SE OFFICE

FORM 2

## NOTICE OF MOTION FOR EXTENSION OF TIME

\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE
__Eastern__ DISTRICT OF __New York__

NOTICE OF MOTION FOR
EXTENSION OF TIME

__18-CV-5038__
Docket No.

Pursuant to FRAP 4(a)(5), __Makesi Sadenai Lopez__ respectfully
(party)
requests leave to file the within notice of appeal out of time. __Makesi Sadenai Lopez__
(party)
desires to appeal the decision in this action on __October 11, 2018__, but failed to file
(date)
a notice of appeal within the required number of days because: [Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

Signature

Sworn to before
me this 2nd day
of November 2018

M. Appleby
Notary Public - Monroe County
#01AP621-593
Expires on 12/14/2021

Printed Name: __Makesi Sadenai Lopez__

Address: __7116 County Rd 132 P.O Box 303__
__Willard, NY, 14588__

Telephone No. (with area code): __(607) 869-5300__

Date: __November 2, 2018__

FORM 3

## COMBINED NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

* * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

NOTICE OF APPEAL AND
MOTION FOR EXTENSION OF TIME

18-CV-5038
Docket No.

1. Notice is hereby given that Makesi Sadenai Lopez hereby appeals
   (party)
to the United States Court of Appeals for the Second Circuit from the decision entered in this action

on October 11, 2018. (Describe it):
   (date)

2. In the event that this form was not received in the Clerk's Office within the required time

Makesi Sadenai Lopez respectfully requests the court to grant an extension of time in
(party)
accordance with FRAP 4(a)(5) for the following reasons which constitute "excusable neglect" or

"good cause" (state reasons):

Due to the transferring to (2) two different facilities since the initial submitting, I was unable to efficiently recieve mail from this court.

a. In further support of this request, Makesi Sadenai Lopez states that this
      (party)
Court's decision was received on October 11, 2018 and that this form was mailed to the
                                      (date)

court on November 2, 2018.
   (date)

Signature: M. [signature]
Printed Name: Makesi Sadenai Lopez
Address: 7116 County Rd RT 132 P.O Box 303
Willard, NY, 14588
Telephone No. (with area code): (607) 869-5500

Sworn to before
me this 2nd day
of November 2018

[signature]

M. Appleby
Notary Public - Monroe County
#01AP6214593
Expires on 12/14/2021