

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

OCT 23 2019

LONG ISLAND OFFICE

RETURN TO SENDER
NO LONGER HERE
UNABLE TO IDENTIFY
MUST HAVE NAME AND NUMBER
CONTENTS PROHIBITED
NOT ON APPROVED CORRESPONDENCE LIST

Makesi Sadenai Lopez
16-R-O

NEOPOST
10/08/2019
US POSTAGE $000.50°

FIRST CLASS MAIL

ZIP 11722
041L11255308

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MAKESI SADENAI LOPEZ,

                              Plaintiff,

            -against-

NASSAU COUNTY CORRECTIONAL
FACILITY, *et al.*

                              Defendants.
----------------------------------------------------------X

**ORDER**
18-CV-5038 (JMA)(AKT)

**AZRACK, United States District Judge:**

The Court's September 13, 2019 Order is hereby VACATED.   Plaintiff's filings on

October 25, 2018 and November 9, 2018 indicate the following new address for Plaintiff:

            Makesi Lopez
            DIN: 16R0244
            Willard Drug Treatment Campus
            7116 County Road 132
            P.O. Box 303
            Willard, NY 14588

The Clerk of Court is directed to update the docket accordingly.   The Court grants Plaintiff's

October 25, 2018 motion for reconsideration and VACATES the Court's October 18, 2018

judgment.

The Court has not received any filings from Plaintiff since November 2018.   Although

Plaintiff provided the Court with updated address information in the fall of 2018, the Court is

skeptical that this address is still valid because, according to the website for the New York State

Department of Corrections and Community Supervision, Plaintiff was released from custody on

December 31, 2018.   (See http://nysdoccslookup.doccs.ny.gov)   Pro se plaintiffs have an

obligation to inform the Court of any changes to their address.

1

Accordingly, by November 14, 2019, Plaintiff must file a letter with the Court which:

(1) confirms that Plaintiff still intends to prosecute this suit; and (2) provides the Court with

Plaintiff's current address.   If Plaintiff fails to file such a letter with the Court by November

14, 2019, the Court will dismiss this case for failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that *in forma pauperis* status for

the purpose of an appeal from this order would not be taken in good faith and therefore *in forma*

*pauperis* status is denied.   See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).    The

Clerk of the Court is directed to mail a copy of this order to Plaintiff at the following addresses:

1)   Makesi Sadenia Lopez
     DIN: 16R0244
     Willard Drug Treatment Campus
     7116 County Road 132
     P.O. Box 303
     Willard, NY 14588

2)   Makesi Sadenai Lopez
     16-R-0244
     Downstate Correctional Facility
     121 Red Schoolhouse Road
     P.O. Box F
     Fishkill, NY 12524

**SO ORDERED.**

Dated:  September 30, 2019          ____/s/ (JMA)_____
        Central Islip, New York     Joan M. Azrack
                                     United States District Judge