F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  NOV 12 2019  ★

LONG ISLAND OFFICE

Makesi Lopez
289 Coventry Road North
West Hempstead, New York 11552

Honorable Judge Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:  *Makesi Lopez v. Nassau County*
           Docket No.: 18-cv-05038

Dear Judge Azrack:

    This letter is being sent to comply with the Court's order of September 30, 2019. I am currently in the process of trying to find legal counsel and I do intend to proceed with my case. My permanent address is 289 Coventry Rd North, West Hempstead, New York 11552.

    I thank the Court for its assistance in this matter.

           Very truly yours;

           Makesi Lopez

RECEIVED
NOV 12 2019
EDNY PRO SE OFFICE



Mkesi Lopez
289 Coventry Road North
West Hempstead, NY 11552

7017 0660 0000 0708 3735

Pro Se Office
US District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

U.S. POSTAGE PAID
FCM LETTER
EAST MEADOW, NY
11554
NOV 08, 19
AMOUNT
$6.85
R2305H129332-06