Makesi Lopez
289 Coventry Road North
West Hempstead, New York 11552

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 12 2019 ★

LONG ISLAND OFFICE

Honorable Judge Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Makesi Lopez v. Nassau County*
               Docket No.: 18-cv-05038

Dear Judge Azrack:

      This letter is being sent to comply with the Court's order of September 30, 2019. I am currently in the process of trying to find legal counsel and I do intend to proceed with my case. My permanent address is 289 Coventry Rd North, West Hempstead, New York 11552.

      I thank the Court for its assistance in this matter.

Very truly yours;

Makesi Lopez

**RECEIVED**
NOV 12 2019
**EDNY PRO SE OFFICE**

Case 2:18-cv-05038-JMA-AKT   Document 21   Filed 11/12/19   Page 2 of 2 PageID #: 75

**CERTIFIED MAIL**

Makesi Lopez
289 Coventry Road North
West Hempstead, NY  11552

7017 0660 0000 0708 3728

U.S. POSTAGE PAID
FCM LETTER
EAST MEADOW, NY,
11554
NOV 08, 19
AMOUNT
$6.85
R2305H129332-06

RECD
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 12 2019 ★
LONG ISLAND OFFICE

Hon. Joan M. Azrack
US District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

1172234438 C003